P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:23-cv-7305 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| ROOSEVELT HOTEL LLC, | |
| Defendant. | |

   NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses the above case with prejudice. Each party to bear their own fees and costs.

   RESPECTFULLY SUBMITTED this 12th day of October, 2023.

                                       /s/ Peter Kristofer Strojnik
                                       Peter Kristofer Strojnik (242728)
                                       Attorneys for Plaintiff